UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENZELL METCALF, | Case No.: 1:26-cv-0492-KES-CDB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL WITHIN 30 DAYS |
| v. | |
| D. GUZMAN, *et al.*, | |
| Defendants. | Doc. 10 |

Plaintiff Denzell Metcalf seeks to proceed in forma pauperis in this civil rights action. The magistrate judge reviewed Metcalf's litigation history and found he is subject to the three-strikes provision of 28 U.S.C. § 1915(g). Doc. 10 at 3-4. The magistrate judge also found the complaint lacks any allegations that Metcalf "suffered or reasonably fears suffering imminently any harm," to invoke the imminent danger exception. *Id.* The magistrate judge recommended the application to proceed in forma pauperis be denied and Metcalf be directed to pay the filing fee. *Id.* at 4.

On May 12, 2026, the Court served the findings and recommendations on Metcalf and notified him that any objections were due within 14 days. Doc. 10 at 4. The Court advised Metcalf that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Metcalf did not file objections, and the time to do so has passed.

Pursuant to 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1. The findings and recommendations issued May 12, 2026 (Doc. 10) are ADOPTED in full.

2. Plaintiff's application to proceed in forma pauperis (Doc. 2) is DENIED.

3. Plaintiff SHALL pay the $405.00 filing fee in full for this action within 30 days of the date of service of this order.

Failure to pay the filing fee as ordered will result in the action being dismissed without prejudice and without further notice.

IT IS SO ORDERED.

Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2