UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DENZELL METCALF,

Plaintiff,

v.

D. GUZMAN, et al.,

Defendants.

Case No. 1:26-cv-00492-KES-CDB (PC)

ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE

Doc. 11

Plaintiff Denzell Metcalf is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On June 5, 2026, the Court ordered Metcalf to pay the filing fee within 30 days. Doc. 11. Plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice. *Id.* at 2. Despite the Court's warning, plaintiff has failed to pay the required filing fee and the deadline for him to do so has expired. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly:

1. This action is dismissed without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 12, 2026

UNITED STATES DISTRICT JUDGE